**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
_____Eastern District of Texas, Sherman Division_____

Case number (if known): _____    Chapter __7__

☐ Check if this is an
amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy                 12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | America's MHT, Inc. | |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as names* | Medical Home Team and MHT. | |
| 3. Debtor's federal Employer Identification Number (EIN) | 2 7 – 5 2 7 0 3 0 1 | |
| 4. Debtor's address | **Principal place of business**<br><br>1575 Heritage Dr Ste 200<br>Number       Street<br><br>Mckinney, TX 75069-3288<br>City                                State    ZIP Code<br><br>Collin<br>County | **Mailing address, if different from principal place of business**<br><br>217 Dowdy Rd<br>Number       Street<br><br>P.O. Box<br><br>Mckinney, TX 75069-2597<br>City                                State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number       Street<br><br><br>City                                State    ZIP Code |
| 5. Debtor's website (URL) | www.medicalhometeam.com | |
| 6. Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ | |

Debtor  America's MHT, Inc.  
Name

Case number (if known) _____

### 7. Describe debtor's business

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.
5  5  1  1

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*
- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When ____/____/_____ Case number _____
  MM / DD / YYYY
  District _____ When ____/____/_____ Case number _____
  MM / DD / YYYY

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor _____ Relationship _____
  District _____ When _____
  MM / DD / YYYY
  Case number, if known _____

Debtor  America's MHT, Inc.                                       Case number (if known) _____
        Name

**11. Why is the case filed in this district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☑ Other  Computers with protected patient health information.

Where is the property?  1575 Heritage Drive
                        Number    Street
                        Suite 200
                        McKinney                          TX
                        City                              State
                        75069
                        ZIP Code

**Is the property insured?**

☐ No

☑ Yes.  Insurance agency  Underwriters at Lloyd's of London administered by Hiscox Inc.
        Contact name      Carl Bach
        Phone             6464528953

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49            ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99           ☐ 5,001-10,000      ☐ 50,000-100,000
☐ 100-199         ☐ 10,001-25,000     ☐ More than 100,000
☑ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☑ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor   America's MHT, Inc.                                        Case number (if known) _____
         Name

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☐ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
☐ I have been authorized to file this petition on behalf of the debtor.
☐ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05-15-2017
              MM/ DD/ YYYY

X _[signature]_                                        Sherman L. Postle
Signature of authorized representative of debtor        Printed name

Title    Chief Executive Officer

**18. Signature of attorney**

X _[signature]_                                        Date  05/15/2017
Signature of attorney for debtor                              MM/ DD/ YYYY

Patel, Rakhee V
Printed name

Winstead, PC
Firm name

500 Winstead Building, 2728 N. Harwood Street
Number    Street

Dallas                                                  TX         75201
City                                                    State      ZIP Code

(214) 745-5400                                          rpatel@winstead.com
Contact phone                                           Email address

00797213                                                Texas
Bar number                                              State

# UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS AND CHIEF EXECUTIVE OFFICER

## May 15, 2017,

The undersigned, being all members of the Board of Directors and the Chief Executive Officer (the "Authorizing Body") of America's MHT, Inc. (the "Company") took the following actions and adopted the following resolutions:

**WHEREAS** the Authorizing Body has considered the financial and operational conditions of the Company and its business and reviewed the historical performance of the Company, the market for the Company's services and the current and long-term liabilities of the Company;

**WHEREAS** each Authorizing Body has reviewed, considered, and received the recommendations and the advice of the Company's professionals and advisors, including Winstead PC ("Firm"), as general bankruptcy counsel, with respect to potential avenues for relief that are available to the Company, including the possibility of pursuing a bankruptcy filing under the United States Bankruptcy Code;

### Commencement of Chapter 7 Case on Behalf of the Company

**NOW, THEREFORE, BE IT RESOLVED** that, in the business judgment of the Authorizing Body, it is in the best interests of the Company and its creditors, employees, shareholders, and other parties in interest that the Company file, or cause to be filed, a voluntary petition for relief under chapter 7 of the United States Bankruptcy Code;

**RESOLVED FURTHER** that Sherman "Scott" Postle, Chief Executive Officer and Secretary (the "CEO"), is hereby authorized to execute, deliver and file or cause to be filed, at such time when the CEO determines, in his informed good faith, business judgment that it is in the best interests of the Company, with the Bankruptcy Court a voluntary petition of the Company pursuant to chapter 7 (the "Petition") of the Bankruptcy Code, in such form as prescribed by the Official Forms Promulgated in connection with the Bankruptcy Code; and it is

**RESOLVED FURTHER** that upon the filing of the Petition the CEO or other duly appointed officers expressly authorized by the CEO to act (collectively with the CEO, the "Authorized Officers"), on behalf of the Company, be and hereby are, authorized and empowered to execute and deliver and file or cause to be filed with the Bankruptcy Court, all papers and pleadings necessary or convenient to facilitate the bankruptcy cases and all of their matters and proceedings, and any and all other documents, including affidavits, necessary or appropriate in connection with the commencement of the chapter 7 cases of the Company, each in such form or forms as the Authorized Officer so acting may approve;

**RESOLVED FURTHER** that each Authorized Officer, on behalf of the Company, be and hereby is, authorized and empowered to take or case to be taken any and all such further action, to execute and deliver any and all such further instruments and documents and to pay all such fees and expenses, as the Authorized Officer so acting shall deem appropriate to

206024838

2

consummate any transactions necessary to effectuate the foregoing resolutions; provided, such attestation shall not be required for the validity of any such documents;

**RESOLVED FURTHER** that the engagement of the Firm in the representation of the Company as debtor, prior to and in any case commenced by the Company under the Bankruptcy Code, and in all matters arising in connection therewith, is hereby approved;

**RESOLVED FURTHER** that each Authorized Officer, on behalf of the Company, be and hereby is, authorized to provide the Firm with payments as the officer may deem appropriate and as is mutually acceptable to the officer and the Firm, and to give such instructions to the Firm as is deemed in the best interest of the Company, their creditors, equity security holders and other interested parties; and it is

**RESOLVED FURTHER** that each Authorized Officer, on behalf of the Company, is authorized, empowered, and directed to take any further action necessary or appropriate to carry out fully the intent and accomplish the purposes of the resolutions adopted herein;

**RESOLVED FURTHER** that in accordance with the Certificate of Formation of America's MHT, Inc. and the By-Laws of America's MHT, Inc (A Texas Corporation) (the "Governance Documents") the unanimous written consent of the Authorizing Body waives any requirement for a meeting of the Board of the Directors in connection with these resolutions.

**RESOLVED FURTHER** that all actions taken by the CEO or other Authorized Officers, in the name of or on behalf of the Company, in connection with the liquidation of the Company or any matters related thereto, or by virtue of these resolutions, are hereby in all aspects ratified, confirmed, and approved.

[Remainder of Page Intentionally Left Blank
Signatures Appear on Following Page]

206024838

IN WITNESS WHEREOF, the undersigned have executed this Written Consent, in one or more counterparts, as of the date set forth above.

_____
Sherman "Scott" Postle
Chief Executive Officer
President
Secretary
Treasurer


_____
Sherman "Scott" Postle
Director

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 17-_____ |
| | § | |
| AMERICA'S MHT, INC.[1] | § | (Chapter 7) |
| | § | |
| DEBTOR. | § | |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3), the following lists the above-captioned debtor's equity security holders as of the date hereof and shows the number and kind of interest registered in the name of each holder, and the last known address or place of business of each holder:

| Shareholder | Last Known Address | Approximate Percentage of Shares Held |
|---|---|---|
| Our Medical Home Team, L.L.C. | 217 Dowdy Road McKinney, TX 75069 | 100% |

---

[1] EIN: xx-xxx0301

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 17-_____ |
| | § | |
| AMERICA'S MHT, INC.[1] | § | (Chapter 7) |
| | § | |
| DEBTOR. | § | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the above-captioned debtor's equity interests:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Our Medical Home Team, L.L.C. | 100% |

---

[1] EIN: xx-xxx0301

Fill in this information to identify the case:

Debtor name: America's MHT, Inc.

United States Bankruptcy Court for the: Eastern District of Texas, Sherman Division

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration   Corporate Ownership Statement and List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/15/2017
            MM/ DD/ YYYY

X _/s/ Sherman L. Postle_____
Signature of individual signing on behalf of debtor

Sherman L. Postle
Printed name

Chief Executive Officer
Position or relationship to debtor

Official Form B202    Declaration Under Penalty of Perjury for Non-Individual Debtors